UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                                Case No. 6:17-cv-1385-Orl-37GJK

JEFFREY D. MARTIN; THOMAS L.
TEDROW; CHRISTIAN T. TEDROW;
TYLER T. TEDROW; BEAUFORT
CAPITAL PARTNERS LLC; ROBERT P.
MARINO; AM-PAC INVESTMENTS,
INC.; FORBES INVESTMENT, LTD.;
FORBES INVESTMENT, LLLP; FCS,
LTD.; FSC LIMITED, LLC; and
STERLING LLC,

    Defendants.
_____

## ORDER

Plaintiff initiated the instant action against Defendants for violating securities laws. (*See* Doc. 1.) Plaintiff then successfully obtained defaults against Defendants FSC Limited, LLC ("**FSC**"), AM-PAC Investments, Inc. ("**AM-PAC**"), and Forbes Investment, LLLP ("**Forbes**") (collectively, "**Relief Defendants**"). (Docs. 52, 68, 69.) Now, Plaintiff requests default judgment against Relief Defendants in the form of disgorgement and prejudgment interest. (*See* Doc. 98 ("**Motion**").) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends that the Court grant the Motion. (Doc. 99 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo*

-1-

*Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court finds that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 99) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff's Motion for Default Judgment Against Relief Defendants AM-PAC Investments, Inc., Forbes Investment, LLLP, and FSC Limited, LLC (Doc. 98) is **GRANTED.**

3. The Clerk is **DIRECTED** to enter default judgment in favor of Plaintiff Securities and Exchange Commission and against Relief Defendants AM-PAC Investments, Inc., Forbes Investment, LLLP, and FSC Limited, LLC on Count XXVIII for unjust enrichment.

4. The Securities and Exchange Commission is entitled to disgorgement of the stock sale proceeds identified in the Declaration of Stuart Soffian (Doc. 98-1) as to each Relief Defendant in the following amounts:

    a. Forbes Investment, LLLP: **$853,842.28**

    b. AM-PAC Investments, Inc.: **$52,025.25**

    c. FSC Limited, LLC: **$36,583.30**

5. The Securities and Exchange Commission is entitled to prejudgment interest against Relief Defendants in the following amounts:

    a. Forbes Investment, LLLP: **$122,805.44**

      b.      AM-PAC Investments, Inc.: **$6,300.71**

      c.      FSC Limited, LLC: **$4,132.72**

6.    Interest shall continue to accrue as provided by law, for which sum let execution issue.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 16, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record